UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**RANDY ALLEN UPHAM**,

        Plaintiff,

        v.

**NANCY A. BERRYHILL**, Acting Commissioner of Social Security,[1]

        Defendant.

Case No. 3:15-cv-01644-KI

JUDGMENT

    Sara L. Gabin, P.C., Attorney at Law
    14523 Westlake Drive
    Lake Oswego, OR 97035-7700

        Attorney for Plaintiff

    Billy J. Williams
    United States Attorney
    District of Oregon

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill is substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.

Page 1 - JUDGMENT

Janice E. Hebert
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902

Thomas M. Elsberry
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075

      Attorneys for Defendant

KING, Judge:

      The decision of the Commissioner is reversed.  This action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g).

      Dated this 2nd day of February, 2017.

                /s/ Garr M. King
                Garr M. King
                United States District Judge