**Sara L. Gabin**, OSB #81234
Internet E-mail address:  slgabin@pacifier.com
Sara L. Gabin, P.C., Attorney at Law
14523 Westlake Drive
Lake Oswego, Oregon, OR 97035-7700
Telephone:  503.620.3171
Fax:  503.620.3365
Attorney(s) for:  Randy Allen Upham

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

RANDY ALLEN UPHAM,                                              Case No. 3:15-cv-1644 KI

                               Plaintiff,

                                                        ORDER GRANTING *STIPULATED*
          v.                                            MOTION  FOR AN AWARD OF
                                                        ATTORNEY FEES PURSUANT TO THE
COMMISSIONER, SOCIAL SECURITY                           EQUAL ACCESS TO JUSTICE ACT
ADMINISTRATION,                                                        (EAJA)

                               Defendant.
_____

     This matter having come before the court upon the Stipulated Motion of the parties, and

this court being otherwise fully advised

     IT IS HEREBY ORDERED that plaintiff is awarded Equal Access to Justice (EAJA)

Fees in the amount of $5,869.77.

     IT IS FURTHER HEREBY ORDERED that under *Astrue v. Ratliff*, 130 S.Ct 2521,

2528-29 (2010), EAJA fees awarded by this Court belong to the plaintiff and are subject to offset

under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)).

     IT IS FURTHER HEREBY ORDERED that plaintiff  having  assigned his right to EAJA

fees to his attorney, if after receiving the Court's EAJA fee order the Commissioner determines

that plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the Commissioner agrees to waive the requirements of the Anti-Assignment Act and the EAJA fees will be made payable to plaintiff's attorney, at her address: 14523 Westlake Drive, Lake Oswego, OR 97035..

IT IS FURTHER HEREBY ORDERED that, if there is a debt owed under the Treasury Offset Program, the requirements of the Anti-Assignment Act cannot be waived, and the remaining EAJA fees after offset will be paid by a check made out to plaintiff but delivered to plaintiff's attorney.

IT IS SO ORDERED THIS ____6____ day of March, 2017.

_____
DISSTRICT COURT JUDGE

ORDER GRANTING *STIPULATED* MOTION FOR AN AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA)